**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PAMELA L GRIFFITH,

   Plaintiff,

v.                                               Case No: 5:15-cv-295-Oc-30PRL

METROPOLITAN LIFE INSURANCE
COMPANY,

   Defendant.

---

ORDER

The Court has been advised via a Notice of Settlement and Request for Administrative Closure (Dkt. #9) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of December, 2015.

                                                                           JAMES S. MOODY, JR.
                                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record